## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANFORD EDWARDS,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| vs. | ) Civil Action No. 12-1057 |
| | ) Judge Terrence F. McVerry |
| **PATRICK M. DOUGHERTY,** | ) Magistrate Judge Maureen P. Kelly |
| *District Attorney, Indiana County*, | ) |
| | ) |
| **Defendant** | ) |
| | ) |

## MEMORANDUM ORDER

This case is before the Court on the pending Report and Recommendation (ECF No. 54) filed by Magistrate Judge Maureen P. Kelly on August 13, 2014, recommending that the undersigned grant Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 34). The parties were served with the Report and Recommendation and informed that they had until September 2, 2014 to file written objections. Plaintiff timely submitted written objections (ECF No. 54) to which no response has been filed.

Upon review, the Court finds that Plaintiff's Objections do not undermine the recommendation of the Magistrate Judge. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and Objections thereto, the following order is entered:

**AND NOW**, this 17th day of September, 2014,

**IT IS HEREBY ORDERED** that Defendant's MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM is **GRANTED**;

**IT IS FURTHER ORDERED** that the Report and Recommendation dated August 13, 2014 is **ADOPTED** as the opinion of this Court;

**IT IS FURTHER ORDERED** that the Clerk shall mark this case **CLOSED**.

s/ Terrence F. McVerry
TERRENCE F. McVERRY
United States District Judge

cc:    **Beverly A. Block**
Email: bab@sgkpc.com

**Marie Milie Jones**
Email: mjones@jonespassodelis.com
**Michael R. Lettrich**
Email: mlettrich@jonespassodelis.com

(via CM/ECF)